**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| **MOHAMMED ABDULLAH** | ) | |
| **TAHA MATTAN (ISN 684),** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  09-CV-0745 (RCL)** |
| | ) | |
| **BARACK H. OBAMA,** *et al.,* | ) | |
| | ) | |
| **Respondents.** | ) | |
| | ) | |

**ORDER**

Upon consideration of Respondents' Consent Motion [1183] for Extension of Time to Respond to Petitioner's Motion for Expedited Judgment, it is hereby

**ORDERED** that the Respondents are allowed until June 1, 2009, to file their opposition; and it is further

ORDERED that Respondents' Motion [1163] for Stay is DENIED.

SO ORDERED.

Date: May 19, 2009.                           ___/s/_____
                                                        ROYCE C. LAMBERTH
                                                        UNITED STATES DISTRICT JUDGE